# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135758

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v               SC: 135758
               COA: 273685
               Oakland CC: 2006-208559-FH

AMEIR T. HARRIS,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the December 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   CAVANAGH and KELLY, JJ., would grant leave to appeal to consider defendant's claim that his convictions for felony-firearm and felon in possession violate the prohibition against double jeopardy.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008                _____

d0421                   Clerk